**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

September 23, 2026

**Via ECF**
Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Mexicano-Soperanez v. Borgen, et al.*, No. 26-12208 (SDW)**
**Petitioner's Release from Custody**

Dear Judge Wigenton:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to the September 21, 2026 Text Order, ECF 4, we write to provide a response to the petition. We respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner Eden Mexicano-Soperanez was granted release from immigration custody on bond and was thereafter released on September 18, 2026. Because Petitioner has now received the relief sought in his petition, ECF 1 at 8, Respondents request that the Court dismiss the petition as moot. *See, e.g.*, *Rodney v. Mukasey*, 340 F. App'x 761, 764 (3d Cir. 2009); *Nunes v. Decker*, 480 F. App'x 173, 175 (3d Cir. 2012); *Sanchez v. Att'y Gen.*, 146 F. App'x 547, 549 (3d Cir. 2005).

We thank the Court for its consideration of this matter.

Respectfully submitted,

**SO ORDERED this** 24th **day**

**of** September **20**26

[signature]

**United States District Judge**